IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| KATHERINE JILL BOLTON, | CV 15–294–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEFF B. SESSIONS, Attorney General of the United States of America, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 3rd day of May, 2017.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT